**UNITED STATES of America, Appellee,**

v.

**Jon Hubert KNEEN, Appellant.**

No. 86–2633.

United States Court of Appeals, Eighth Circuit.

Oct. 20, 1989.

Appellee's petition for rehearing is granted, and the Court's July 11, 1989 opinion, 879 F.2d 345, is hereby vacated. A new opinion will be issued in due course.